# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-1336

———————————————

CARL L. MULLINGS,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

June 12, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Carl L. Mullings, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, and Erik Kverne, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.